**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:09-cr-363-13 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ANTOINE STUDGIONS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report and Superseding Violation Report were filed in this case on August 6, 2021[1]. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on August 31, 2021. The defendant was found to have committed the alleged conduct in the following violations:

1. Constrictive Possession of Ammunition
2. Constructive Possession of Drug Paraphernalia
3. Unauthorized Travel Outside of the Northern District of Ohio

The magistrate judge filed a report and recommendation on August 31, 2021, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on March 8, 2022. Present were the following: Assistant United States Attorney Robert Kolansky,

representing the United States; Attorney Michael Goldberg, representing the defendant; the defendant Antoine Studgions and Supervising United States Probation Officer Craig Stubbs.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 - 3.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 24 months with credit for time served to date. The Court recommends that the defendant be placed at a facility as close to Ohio as possible and that he be permitted to participate in any trades programs offered.

No Supervised Release to follow.

**IT IS SO ORDERED**.

Dated: March 8, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

---

[1] A Supplemental Report containing updated information was filed on August 16, 2021.

2